UNITED STATES DISTRICT COURT

DISTRICT OF NORTH DAKOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | ( |
| | ( |
| Plaintiff, | ( |
| | ( |
| V | (  CASE NO 1:17-CR-170 |
| | ( |
| KEVIN D. WANNER, | ( |
| | ( |
| Defendant. | ( |

---

MOTION FOR DISCOVERY REQUEST

AND PERSONAL PROPERTY

---

Now Comes Defendant, Kevin D. Wanner, Pro Se, before this Honorable Court, to request the courts assistance in this Motion for Discovery Request.

HISTORY

Defendant Wanner, first interviewed by the government in December 2015, and then extensively in January of 2016, where at both times extensive records, files and supportive information to support a conviction where obtained. Additional records including files with Bates numbers attached and records seized have not to this date been return to defendant despite letters and requests made. This request is being made post defendants 2255 motion. The government does not have any further need for their continued retention of Wanner's property.

PRAYER OF RELIEF

Defendant Wanner requests the return of all property, records and files surrendered to the government including all discovery in this case.

Page 1

All discovery, including full files and records, may be returned to Defendant care of FPC-Duluth at the address listed below.

CERTIFICATION

I hereby certify pursuant 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge and belief.

_____       4/17/2022
Kevin D. Wanner                       Date

#16722-059
Federal Prison Camp
P.O. Box 1000
Duluth, MN
55814