

**U. S. Department of Justice**

*Nicholas W. Chase*
*United States Attorney*
*District of North Dakota*

---

*William L. Guy Federal Building*
*220 East Rosser Avenue - Room 372*     701-530-2420
*P.O. Box 699*                           FAX: 701-530-2421
*Bismarck, ND  58502-0699*         TOLL FREE: 888-828-8050

April 11, 2022

Kevin Wanner, #16722-059
Federal Prison Camp
P.O. Box 1000
Duluth, MN  55814

Re:   Request for Return of Records and Request for Discovery

Dear Mr. Wanner:

Your request was forwarded to me because I am the Freedom of Information Act/Privacy Act contact for the office.  You first request all files, records and other items taken.  I interpret this as request for return of such items taken from you.  I have forwarded this to the AUSA who prosecuted your case for his attention.

You also request discovery.  Requests for such records are treated as requests under the Freedom of Information Act (FOIA) and/or Privacy Act.  As such, your request has been forwarded to the FOIA Unit in the Executive Office for United States Attorneys in Washington, D.C., as required by regulation.  The FOIA Unit is the component responsible for processing FOIA/Privacy Act requests made to United States Attorneys' Offices.  The address and telephone number for the FOIA Unit are:

>   FOIA Staff
>   Executive Office for U.S. Attorneys
>   175 N Street, NE, Suite 5.400
>   Washington, D.C.  20530-0001
>   (202) 252-6020

Please direct any future correspondence regarding this aspect of your request to the FOIA Unit.

        Sincerely,

        NICHOLAS W. CHASE
        United States Attorney

        DEREK G. SOLBERG
        Paralegal Specialist

cc: FOIA Staff – EOUSA
    Nicholas W. Chase, U.S. Attorney