August 22, 2022

United States District Court
District of North Dakota
P.O. Box 670
Bismarck, ND 58502-0670

Re. Kevin D. Wanner

To the Honorable Daniel Hoveland,

    I am the wife of Kevin Wanner, who is incarcerated at the Duluth Minnesota Federal Prison Camp. I write to you with great fear on the health and lack of care Kevin is receiving at the prison. His re-occurring blood disease (ITP-Immune Thrombocytopenia) has hospitalized him twice in the past month and a half with life threatening relapses. Once released from the hospital he has not received the medical monitoring that is needed to keep his platelet count at a safe level.

    The information taken directly from the chart notes from Dr. Luke D. Midlo (Internal Medicine Hospitalist Physician) from St Luke's Hospital, Duluth MN, he stated that there should be a daily platelet count and the prednisone medication they had prescribed was to be given daily and would ne needed long tapering period of several weeks to prevent withdrawal symptoms. His was stopped suddenly without the knowledge of his hospital doctor. Dr. Midlo states that Kevin "has acute medical conditions of ITP with critically low platelets that places him at very high risk for rapid deterioration and life-threatening bleeding." His doctor goes on to say Kevin cannot be managed in a low setting of care due to the severity of his disease.

    Dr. Midlo also stated that "patients who undergo splenectomy for ITP", which Kevin has on two separate occasions, "typically have durable remissions, but possible triggers including stress, surgery, infections, or trauma" can cause significant relapses.

    With the recent Code Red Level 3 lock down at the prison along with the death this past week of an inmate because of the lack of medical monitoring I am very concerned for the safety of his life. When you sentenced Kevin 4 years ago to over an 11-year sentence. I don't believe you were sentencing him to a death sentence, but that is what it has come down to. So please, release him to receive the proper medical care in order to live be a contributing member of society.

    Our biggest concern is for Kevin to receive consistent follow up and continuity of care. We ask for your mercy and release Kevin immediately for his health and safety.

Sincerely,

Debra A. Wanner
4904 Souris St
Bismarck, ND 58503